UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VANESSA EVANS-RHODES | § § | |
| Plaintiff, | § § | |
| VS. | § § § | Civ. Action No. 4:13-cv-01626 |
| NORTHWEST DIAGNOSTIC CLINIC, P.A. | § § § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within 60 days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** 60 days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the thirtieth day of June, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE